**Ex parte Alton Wayne MOORE.**

**No. 30239.**

Court of Criminal Appeals of Texas.

Dec. 17, 1958.

Vernon L. Smith, Waco, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

This is an appeal from an order remanding appellant to custody for extradition to the State of Florida.

Brief has been filed attacking the sufficiency of the extradition warrant, requisition and supporting papers, none of which are before us.

In the absence of a statement of facts showing the evidence heard by the court at the habeas corpus hearing, nothing is presented for review.

The judgment is affirmed.